## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**DELROY ANDERSON,**

       **Plaintiff,**

**v.**                 **Case No: 6:24-cv-2057-PGB-LHP**

**GEOVERA SPECIALTY
INSURANCE COMPANY,**

       **Defendants.**

_____/

### ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed March 24, 2025. (Doc. 29). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant GeoVera Specialty Insurance Company are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

      **DONE AND ORDERED** in Orlando, Florida on March 24, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties